UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID CRUZ, | ) | No. CV 07-04628-SVW(CT) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| LINDA SANDERS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Superseding Report and Recommendation,

IT IS ADJUDGED that the petition is denied and the case is dismissed with prejudice.

DATED: December 2, 2008

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE